### 18847. DAVIS *v.* THE STATE.

BROYLES, C. J. ■ A mere temporary loan of property, without hire or other benefit to the person lending, is not such a fiduciary bailment as would make the stealing or conversion of the property larceny after trust. *Barksdale* v. *State,* 28 *Ga. App.* 535 (112 S. E. 165).

■ Under the above-stated ruling and the facts of the instant case, the defendant's conviction of larceny after trust was unauthorized, and the refusal to grant him a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1928.

*E. F. Goodrum,* for plaintiff in error.
*Roy W. Moore, solicitor,* contra.